UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN A. MILLMAN )<br>)<br>*Pro se* Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES PATENT AND )<br>TRADEMARK OFFICE )<br>)<br>Defendant. )<br> ) | Civil Action No. 05-1827 (RBW) |

## NOTICE OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Kathleen Konopka, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

        Respectfully submitted,

        _____
        KATHLEEN KONOPKA
        Assistant United States Attorney
        501 3rd St., N.W.
        Washington, DC  20530
        202-616-5309

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this day of October 25, 2005, the foregoing was served by First Class mail; postage pre-paid to :

      Norman A. Millman
      Trans-Atlantic Company
      440 Fairmont Avenue
      Philadelphia PA 19123

                                                _____
                                                KATHLEEN KONOPKA
                                                Assistant United States Attorney