UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORMAN A. MILLMAN,

    Plaintiff,

v.

UNITED STATES PATENT AND
TRADEMARK OFFICE,

    Defendant.

Civil Action No. 05-1827 (RBW)

## CERTIFICATE OF SERVICE

I hereby certify that I served the Summons, Notice of Right to Consent to Trial Before a United States Magistrate Judge, the Petition for Review and the Decision of the United States Patent and Trademark Office Notice of Appeal by certified mail, postage prepaid on the 9th day of September, 2005 addressed as follows:

> General Counsel
> U.S. Patent & Trademark Office
> 401 Dulany Street
> Randolph Building
> Alexandria, VA  22313
>
> U.S. Attorney General
> Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C.  20530
>
> U.S. Attorney
> 501 - 3rd Street, N.W.
> Washington, DC 20001

                                                                 Norman A. Millman

PH1 773267v1 11/03/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORMAN A. MILLMAN, :
:
Plaintiff, :
: Civil Action No. 05-1827 (RBW)
v. :
:
UNITED STATES PATENT AND :
TRADEMARK OFFICE, :
:
Defendant. :

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing on counsel for the United States Patent and Trademark office on the 7th day of November, 2005 addressed as follows:

Kathleen Konopka, Esquire
Assistant United States Attorney
501 - 3rd Street, N.W.
Washington, DC 20001

_____
Norman A. Millman