3

RECEIVED

DEC 1 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NORMAN A. MILLMAN

Plaintiff,

v.

UNITED STATES PATENT AND TRADEMARK OFFICE,

Defendant.

Civil Action No. 05-1827 (RBW)

**AMENDED COMPLAINT**

Plaintiff, Norman A. Millman avers as follows:

1. This Court has jurisdiction over this Complaint pursuant to 28 U.S.C. §1331, or alternatively pursuant to 28 U.S.C. §1343, because this is a civil action arising under the laws and Constitution of the United States. This action involves a violation of federal law pursuant to 42 U.S.C. §1983.

2. Plaintiff Norman A. Millman is an adult individual and a resident of Pennsylvania. His mailing address is 440 Fairmount Avenue, Philadelphia, Pennsylvania 19123.

3. Defendant is the United States Patent and Trademark Office, an agency of the United States government, Department of Commerce with a mailing address of P.O. Box 1450, Alexandria, Virginia 22313.

4. Patent No. 5,481,890 had been issued to Plaintiff on January 9, 1996.



PH1 784380v1 12/09/05

5. On August 16, 2005, Defendant issued a Decision On Petition denying a request to accept payment of a maintenance fee for Patent No. 5,481,890.

6. The decision by the United States Patent and Trademark Office was a final agency action within the meaning of five (5) U.S.C. § 704.

**COUNT I**

**Depravation of Property Right Without Due Process of Law**

7. Paragraphs 1 through 6 are hereby incorporated as if fully set forth herein.

8. Plaintiff has a property interest in Patent No. 5,481,890.

9. The action by Defendant results in the loss of Plaintiff's property interest in the patent and constitutes a depravation of property without due process of law.

WHEREFORE, Plaintiff Norman A. Millman requests that this Court direct the Defendant United States Patent and Trademark Office to reinstate Patent No. 5,481,890 along with costs and such other relief as the Court deems necessary and proper.

**COUNT II**

**Arbitrary and Capricious Agency Action**

10. Paragraphs 1 through 9 are hereby incorporated as if fully set forth herein.

11. The Decision On Petition issued by Defendant United States Patent and Trademark Office mailed on August 16, 2005 is arbitrary and capricious.

WHEREFORE, Plaintiff Norman A. Millman requests that this Court direct the Defendant United States Patent and Trademark Office to reinstate Patent No. 5,481,890 along with costs and such other relief as the Court deems necessary and proper..

**DEMAND FOR JURY TRIAL**

Plaintiff requests a trial by jury on all issues raised by this complaint.

Respectfully submitted,

Norman A. Millman
440 Fairmount Avenue
Philadelphia, PA 19123

Pro Se

Dated: December 9, 2005