UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN A. MILLMAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1827 (RBW) |
| ) | |
| UNITED STATES PATENT AND ) | |
| TRADEMARK OFFICE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

ORDER

UPON CONSIDERATION of the Defendant's Renewed Motion To Dismiss, or in the Alternative, for Transfer, the grounds stated therefor, any opposition thereto, and the entire record herein, and for the reasons set forth in support of that motion, it is on this _____ day of _____, 2006, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that plaintiff's complaint be and hereby is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE


Kathleen Konopka
Assistant United States Attorney

Judiciary Center Building
555 4th Street, N.W.
Room E4412
Washington, D.C. 20530

Norman A. Millman
440 Fairmount Avenue
Philadelphia, PA 19123