## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NORMAN A. MILLMAN                    :
                                     :
      Plaintiff,                     :
                                     :
    v.                             :          Civil Action No. 05-1827 (RBW)
                                     :
UNITED STATES PATENT AND             :
TRADEMARK OFFICE,                    :
                                     :
      Defendant.                     :

### Plaintiff's Response To Defendant's Renewed
### Motion To Dismiss, Or In The Alternative For Transfer

Defendant asserts that the appropriate venue where the defendant is an agency of the United States is in any judicial district in which (1) a defendant in the action resides, (2) a substantial part of the events or omissions giving rise to the claim occurred OR (3) the plaintiff resides if no real property is involved in the action. 28 U.S.C. § 1391(e). There is no dispute that plaintiff resides within the United States District Court for the Eastern District of Pennsylvania and that no real property is involved in this action.

Defendant also acknowledges that the Court is empowered under 28 U.S.C. § 1406(a) to transfer this case to another district court. Accordingly, plaintiff requests that the Court grant the alternative relief requested by transferring this case to the district court where plaintiff resides.

Respectfully submitted,

Norman A. Millman
Pro Se

Dated: January 20, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NORMAN A. MILLMAN,         :

       Plaintiff,             :

                          :     Civil Action No. 05-1827 (RBW)

      v.                   :

UNITED STATES PATENT AND    :
TRADEMARK OFFICE,          :

         :

       Defendant.          :

### CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing on counsel for the United States Patent and

Trademark office on the 20th  day of January, 2006 by first class mail, postage prepaid addressed

as follows:

                      Kathleen Konopka, Esquire
                      Assistant United States Attorney
                      Judiciary Center Building
                      555 4th Street, N.W., Rm. E4412
                      Washington, DC 20001

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NORMAN A. MILLMAN                    :
                                     :
       Plaintiff,                    :
                                     :
    v.                           :          Civil Action No. 05-1827 (RBW)
                                     :
UNITED STATES PATENT AND             :
TRADEMARK OFFICE,                    :
                                     :
       Defendant.                    :

**ORDER**

    AND NOW, this _____ day of _____, 2006, upon consideration of

Defendant's renewed motion to dismiss or, in the alternative, for transfer, and plaintiff's

response thereto, said motion is GRANTED in part and DENIED in part.

    The Clerk of Court is directed to transfer this matter to the United States District Court

for the Eastern District of Pennsylvania where plaintiff resides.

BY THE COURT:

_____
                                                    J.