UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN A. MILLMAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1827 (RBW) |
| ) | |
| UNITED STATES PATENT AND ) | |
| TRADEMARK OFFICE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S RENEWED MOTION TO DISMISS OR TRANSFER

Defendant United States Patent and Trademark Office ("USPTO" or "Defendant") hereby respectfully replies to Plaintiff's response to Defendant's motion to dismiss or transfer and states that it does not object to Plaintiff's proposed transfer of this matter to the United States District Court for the Eastern District of Pennsylvania. In support of this reply, Defendant relies on the following points and authorities.

On September 14, 2005, Plaintiff commenced the instant action by filing a single sentence complaint that failed to satisfy Rule 8(a) of the Federal Rules of Civil Procedure and precluded the USPTO from framing a responsive pleading. (Docket #1). Moreover, Plaintiff filed this complaint in the wrong court as venue for this suit does not lie in the District of Columbia. Thus, on November 28, 2005, Defendant filed its original Motion to Dismiss, or in the Alternative for a More Definite Statement, and to Transfer. (Docket #5).

Plaintiff did not formally respond to Defendant's motion, but filed an amended complaint on December 12, 2005. (Docket #6). This amended complaint more fully set forth Plaintiff's claims. However, despite admission by Plaintiff that he resides in Pennsylvania and Defendant is located in Alexandria, Virginia, (Docket #6 at ¶ 2-3),

Plaintiff continued to file in the improper venue. Thus, on January 4, 2006, Defendant filed its second motion to dismiss, or in the alternative, for transfer. (Docket #7). On January 23, 2006, Plaintiff responded to Defendant's motion by requesting that the Court transfer this suit to the Eastern District of Pennsylvania, within which Plaintiff resides. (Docket #8).

Defendant does not dispute that the Eastern District of Pennsylvania constitutes an appropriate venue for this matter and does not object to Plaintiff's request. Thus, this Court should transfer this action to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN
DC Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE
DC Bar #171538
Assistant United States Attorney


_____
KATHLEEN KONOPKA
Assistant United States Attorney
202/616-5309

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Reply to Plaintiff's Response to Defendant's Renewed Motion Dismiss, or in the Alternative to Transfer has been made by mailing a copy thereof to:

NORMAN A. MILLMAN
Trans-Atlantic Company
440 Fairmont Avenue
P.O. Box 37006
Philadelphia, PA 19123


on this ____day of February, 2006.

                                                                                     _____
                                                                                     KATHLEEN KONOPKA
                                                                                     Assistant United States Attorney
                                                                                     Judiciary Center Building
                                                                                      555 4th Street, N.W.; Room E4412
                                                                                     Washington, D.C.  20001
                                                                                     (202) 616-5309