UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NORMAN A. MILLMAN,** | ) ) ) | Civil Action No. 05-1827 (RBW) |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| **UNITED STATES PATENT AND TRADEMARK OFFICE,** | ) ) ) ) |  |
| Defendant. | ) ) |  |

**ORDER GRANTING MOTION TO TRANSFER**

On January 4, 2006, the defendant filed a motion to dismiss or, in the alternative, to transfer this case to the United States District Court for the Eastern District of Virginia. On January 23, 2006, the pro se plaintiff, a resident of Pennsylvania, responded to the defendant's motion and stated that he does not oppose transfer of this matter to the Eastern District of Pennsylvania. On February 6, 2006, the defendant replied, stating that it does not object to the proposed transfer of this matter of the Eastern District of Pennsylvania. The Court agrees with the parties that the Eastern District of Pennsylvania is an appropriate venue for this action. Accordingly, it is hereby

**ORDERED** that the defendant's motion is GRANTED. It is further

**ORDERED** that this matter shall be transferred to the United States District Court for the Eastern District of Pennsylvania.

**SO ORDERED** this 21st day of March, 2006.

REGGIE B. WALTON
United States District Judge